**ELKEM METALS CO., AIMCOR, Globe Metallurgical, Inc., and American Alloys, Inc., Plaintiffs,**

and

**CC Metals & Alloys, Inc., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**General Motors Corporation, Defendant,**

and

**Ferroatlantica De Venezuela, Cheliubinski Electrometalurgical Works, and Kuznetsk Ferroalloy Works, Defendants–Appellees,**

and

**Associao Brasileira Dos Productores De Ferroligas E. De Silico Metalico, Nova Era Silicon s/a, Companhia Brasileira & Companhia Ferroligas, Italmagnesio s/a–Industria E. Comercio, Rima Industrial s/a, Companhia Ferroligas Minas Gerais–Minasligas, and Abrafe, Defendants.**

No. 2009–1007.

United States Court of Appeals, Federal Circuit.

May 11, 2009.

Nancy A. Noonan, Arent Fox, LLP, of Washington, DC, argued for plaintiff-appellant. With her on the brief were James H. Hulme and Matthew J. Clark.

Julie C. Mendoza, Troutman Sanders LLP, of Washington, DC, argued for defendants-appellees Ferroatlantica De Venezuela, et al. With her on the brief were Donald B. Cameron, Jeffrey S. Grimson, R. Will Planert, Brady W. Mills, and Mary S. Hodgins.

Marc A. Bernstein, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee United States. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel.

BRYSON, LINN, and MOORE, Circuit Judges.

PER CURIAM.

### Judgment

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36.